# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 293 MAL 2014
:
              Petitioner : 
: Petition for Allowance of Appeal from the
: **Unpublished Memorandum and Order**
             v. : of the Superior Court at No. 2054 MDA
: 2012 filed April 4, 2014, **reversing** the
: Judgment of Sentence of the Dauphin
EDWARD EVANS MAURER, : County Court of Common Pleas at No.
: CP-22-CR-0000123-2010 filed June 25,
           Respondent : 2012

## ORDER

**PER CURIAM**                          DECIDED: October 30, 2014

**AND NOW**, this 30th day of October, 2014, the Petition for Allowance of Appeal is hereby **GRANTED**, the order of the Superior Court is **VACATED**, pursuant to Commonwealth v. Tuladziecki, 522 A.2d 17, 19 (Pa. 1987); Commonwealth v. Provenzano, 50 A.3d 148, 154 (Pa. Super. 2012) ("[W]e cannot look beyond the statement of questions presented and the prefatory 2119(f) statement to determine whether a substantial question exists."); and Commonwealth v. Felix, 539 A.2d 371, 377 (Pa. Super. 1988) ("[G]leaning through the entire argument section of appellant's brief for indications of the appearance of a substantial question was precisely the practice Tuladziecki condemned."), and the case is **REMANDED** to the trial court for reimposition of sentence. Jurisdiction relinquished.

Mr. Justice Saylor files a Dissenting Statement.

Madame Justice Todd dissents.